IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES DOUGLAS                                                                                    PLAINTIFF

v.                                        No. 2:16CV00118 JLH

MINNESOTA LIFE INSURANCE COMPANY;
and TERRY D. ROGERS                                                                          DEFENDANTS

## ORDER

The Court has been notified that this case has been settled. This case is therefore dismissed.

IT IS SO ORDERED this 16th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE